IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 08-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HERMANT SAHNEY. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw (#52) filed by Selin N. Roberts, attorney of record for Defendant requesting permission to withdraw.  Ms. Roberts and her firm, Roberts Law Group, PLLC were retained to represent the Defendant in this matter.  There has not been any appearance made by any other attorney in the firm and for that reason, the undersigned will set a hearing on the Motion to Withdraw(#52)  at which Ms. Roberts or an attorney from the firm Roberts Law Group, PLLC will be required to appear and file a notice of appearance on behalf of the Defendant.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw (#52) is hereby set for hearing for September 15, 2014 at 10:00 a.m. in Courtroom #2 of the United States Courthouse in Asheville, North Carolina.  Selin N. Roberts will be required to appear at the hearing of the Motion to Withdraw or some other attorney

employed by the Roberts Law Group, PLLC will be required to make an appearance for the Defendant in this matter.

Signed: September 11, 2014

Dennis L. Howell
United States Magistrate Judge