# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:14-cr-00008-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Appellee, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> HERMANT SAHNEY, ) <br> ) <br> Appellant. ) <br> _____ ) | **ORDER DISMISSING APPEAL AND DISSOLVING STAY** |

**THIS MATTER** is before the Court *sua sponte*.

On December 4, 2014, the Appellant filed a Notice of Appeal [Doc. 85] appealing his conviction and sentence entered by the Magistrate Judge on November 21, 2014. [Doc. 81]. On December 5, 2014, the Appellant filed an Amended Notice of Appeal. [Doc. 86]. The Appellant filed a Motion for Stay and Release Pending Appeal on December 9, 2014. [Doc. 87]. Thereafter, on December 11, 2014, the Court stayed the execution of Appellant's sentence pending the resolution of this appeal and established January 10, 2015, as the deadline for Appellant's appellate brief to be filed.

The Appellant then sought three extensions of time, which the Court granted in part, extending the deadline for the filing of an appellate brief to

February 25, 2015. [Docs. 93, 94, 95]. The docket of the Court reflects, however, that the Appellant has not filed his appellate brief as of this date.

**IT IS, THEREFORE, ORDERED** that this appeal is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the portion of this Court's Order staying the execution of the Appellant's term of imprisonment is hereby **DISSOLVED** and Appellant shall report to the U.S. Marshal's Office in Asheville, North Carolina, as notified by the Marshal's Service, to begin the service of his sentence.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge